# HAWK '462 Claim Chart — Pelco Endura

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: [12.0] | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:37–41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **The Endura® system is a total system solution for network-based video surveillance. Endura products control the origination, transport, recording, and display of integrated, security-related audio and video.**<br><br>**The advanced system management software provides access to all of Endura's operation and configuration features in one unified, user-friendly interface.** The interface uses drag-and-drop operations, shortcut menus, and tooltips to enable the most direct, intuitive interactions.<br><br>Scalable to accept thousands of HD and megapixel cameras, the Endura system is an intelligent, yet easy-to-use approach to video security that provides greater control, enhanced operational flexibility, centralized management, cost-effective recording, and integration capabilities. Endura now provides access to mission-critical video – wherever you may be. With support for Pelco Aggregation, low-bandwidth transcoding capability, and web-server functionality, cameras and recorded footage from multiple Endura systems can be accessed from any web browser or mobile device, regardless of the topology and bandwidth. | Endura video management software system provides storage and display of videos from thousands of cameras.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 8<br><br><br><br>Pelco "*VMS Brochure*", Page 5 |

**EXHIBIT "B"**

***CONFIDENTIAL***

Page 1 of 17

# HAWK '462 Claim Chart — Pelco Endura

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from a plurality of *one or more* sources; [12.1] | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>**(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | [screenshot of Setup window with Devices tab showing camera list and Modify device panel]<br><br>**The External Monitors workspace provides access to a virtual monitor wall, with monitor icons arranged to correspond to physical NTSC/PAL or VGA monitors. When monitoring live video, you can drag cameras into this window to display video and control PTZ on your monitor wall.** With Endura you can create a new external monitor wall configuration, import an existing external monitor wall configuration from the system manager, or export a new or modified monitor wall configuration for use by others. With the Export command, you can also delete an external monitor wall configuration. | The external monitors supports monitor wall in which live video from cameras are received and displayed.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 23<br><br>Pelco "*Endura Advanced System Management Software*"; Page 59 |

# HAWK '462 Claim Chart — Pelco Endura

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~*any* of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; [12.2] | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **An encoder, commonly called a video server, converts the analog signal into a network-based format, where the image is compressed before being sent out over the network as live video streams.**<br><br>In addition to converting signals, **the encoder is a key component that supports the migration of existing analog systems to a digital network** without having to dispose of existing analog equipment. | An encoder converts the analog signal into digital format before sending it over the network.<br><br>Pelco "*The IP Video Security Guide*" |

# HAWK '462 Claim Chart — Pelco Endura

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; [12.3] | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>**(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(4:64-65)** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **The External Monitors workspace provides access to a virtual monitor wall, with monitor icons arranged to correspond to physical NTSC/PAL or VGA monitors. When monitoring live video, you can drag cameras into this window to display video and control PTZ on your monitor wall.** With Endura you can create a new external monitor wall configuration, import an existing external monitor wall configuration from the system manager, or export a new or modified monitor wall configuration for use by others. With the Export command, you can also delete an external monitor wall configuration.<br><br>Depending on the generation of equipment available, **Endura recorders will either only support MPEG-4 streams or any compression format.** For information on preparing an NSM5200 Series network storage manager for use in an Endura system, refer to the NSM5200 Installation manual and the NSM5200 Web Configuration manual. | The external monitors supports monitor wall in which live video from cameras are received and displayed.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 59<br><br>Pelco "*Endura Advanced System Management Software*"; Page 38 |

# HAWK '462 Claim Chart — Pelco Endura

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~*converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image*; and* [12.4] | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> **Note:** <br> *The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.* <br> *This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime).* | **To save recording space, the DVR is running a high-end motion-detection algorithm, recording cameras at a low frame rate, but increasing the frame-rate to capture more video when those cameras see specific motion.** This approach has served the customer well for years, recording both analog and sub-megapixel IP cameras. <br><br> **DVR and NVR system hard drives can reliably store days of video as opposed to hours (For VCRs) depending on the video resolution and compression algorithm. A DVR or NVR with an attached RAID (Redundant Array of Independent Disks) increases storage capacity by combining multiple hard drives in a single chassis resulting in a mass storage system.** | The recording cameras increase the frame rate (temporal parameters) of video when motion has been detected. <br><br> On motion detection, a recording starts at higher frame rate and resolution and is stored in DVR. <br><br> Pelco "*The Pelco Consultant – Summer 09*"; Page 57 <br><br> Pelco "*The IP Video Security Guide*" |

# HAWK '462 Claim Chart — Pelco Endura

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| *simultaneously storing the converted images in a storage device.* [12.5] | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **Sarix technology defines the next generation of video security imaging performance, delivering high definition (HD) resolution, low light capabilities, consistent color science, and fast processing power. EP Series are among the few cameras on the market today to support high profile H.264 compression – using 40% less bandwidth than MPEG-4 compression, which translates into storage savings and less burden on networks.**<br><br>**DVR and NVR system hard drives can reliably store days of video as opposed to hours (For VCRs) depending on the video resolution and compression algorithm. A DVR or NVR with an attached RAID (Redundant Array of Independent Disks) increases storage capacity by combining multiple hard drives in a single chassis resulting in a mass storage system.** | The converted digitized images are stored in DVR.<br><br>Pelco "*The Pelco Consultant – Summer 09*"; Page 57<br><br><br>Pelco "*The IP Video Security Guide*" |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 13 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the temporal parameters including frame rate. *[13.0]* | As is well-understood in the industry, the term "temporal parameters" covers both data rate and update rate (frame rate). | | |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 14 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the spatial parameters including image dimension in pixels. *[14.0]* | As is well-understood in the industry, the term "spatial parameters" covers pixel dimensions (resolution) | | |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 8.12, further including the step of receiving a command to set the frame rate and resolution associated with the display and storage of a particular image. [9.0] | (2:66– 3:3) "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>(6:34– 40) "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>(8:28– 42) "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | [Setup screenshot showing Devices tab with camera list and Modify device panel]<br><br>**The External Monitors workspace provides access to a virtual monitor wall, with monitor icons arranged to correspond to physical NTSC/PAL or VGA monitors. When monitoring live video, you can drag cameras into this window to display video and control PTZ on your monitor wall.** With Endura you can create a new external monitor wall configuration, import an existing external monitor wall configuration from the system manager, or export a new or modified monitor wall configuration for use by others. With the Export command, you can also delete an external monitor wall configuration.<br><br>**The monitor setup/configuration process includes this step: "6. Select the default screen layout from the drop-down list."**<br><br>Evidently, setting the monitor display configuration (2x2, 3x3, etc.) requires the presence of operator input as an *externally derived command*. | The external monitors supports monitor wall in which live video from cameras are received and displayed.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 23<br><br>Instruction taken from Pelco "*Advanced System Management Software*" manual, Page 36. |

**CONFIDENTIAL**

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | | The recording cameras increase the frame rate (temporal parameters) of video when motion has been detected.<br><br>On motion detection, a recording starts at higher frame rate and resolution and is stored in DVR. |
| | | **To save recording space, the DVR is running a high-end motion-detection algorithm, recording cameras at a low frame rate, but increasing the frame-rate to capture more video when those cameras see specific motion.** This approach has served the customer well for years, recording both analog and sub-megapixel IP cameras. | Pelco "*The Pelco Consultant – Summer 09*"; Page 57 |
| | | **DVR and NVR system hard drives can reliably store days of video as opposed to hours (For VCRs) depending on the video resolution and compression algorithm. A DVR or NVR with an attached RAID (Redundant Array of Independent Disks) increases storage capacity by combining multiple hard drives in a single chassis resulting in a mass storage system.** | Pelco "*The IP Video Security Guide*" |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Most encoders support up to three alarm inputs. Multichannel encoders support up to 48 alarm inputs. All of these inputs can be configured separately through the Devices tab. An alarm array is a grouping of alarms that are associated with the same device in your Endura network.<br><br>**Event Groups allow you to associate multiple alarm and motion events, and then run a script (or scripts) when that group of events occurs. For example, if the alarm on a door is triggered and motion is detected in the area near the door, you may want to run a script that repositions all of the cameras to that area or sends an e-mail notification about an alarm.** You can include event groups in a recording schedule. | Endura encoder supports alarm inputs for motion detection.<br><br>Software supports event groups which facilitates multiple alarm and motion events upon the motion detection.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 62<br><br>Pelco "*Endura Advanced System Management Software*"; Page 39 |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an operator input. [10.0] | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." <br><br> *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | [screenshot of Setup window with Devices tab showing camera list and Modify device panel] <br><br> **The External Monitors workspace provides access to a virtual monitor wall, with monitor icons arranged to correspond to physical NTSC/PAL or VGA monitors. When monitoring live video, you can drag cameras into this window to display video and control PTZ on your monitor wall.** With Endura you can create a new external monitor wall configuration, import an existing external monitor wall configuration from the system manager, or export a new or modified monitor wall configuration for use by others. With the Export command, you can also delete an external monitor wall configuration. <br><br> **The monitor setup/configuration process includes this step:** "6. Select the default screen layout from the drop-down list." <br><br> **Evidently, setting the monitor display configuration (2x2, 3x3, etc.) requires the presence of operator input as an *externally derived command*.** | The external monitors supports monitor wall in which live video from cameras are received and displayed. <br><br><br> Pelco "*Endura Advanced System Management Software*"; Page 23 <br><br><br> Instruction taken from Pelco "*Advanced System Management Software*" manual, Page 36. |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | | The recording cameras increase the frame rate (temporal parameters) of video when motion has been detected.<br><br>On motion detection, a recording starts at higher frame rate and resolution and is stored in DVR. |
| | | **To save recording space, the DVR is running a high-end motion-detection algorithm, recording cameras at a low frame rate, but increasing the frame-rate to capture more video when those cameras see specific motion.** This approach has served the customer well for years, recording both analog and sub-megapixel IP cameras. | Pelco "*The Pelco Consultant – Summer 09*"; Page 57 |
| | | **DVR and NVR system hard drives can reliably store days of video as opposed to hours (For VCRs) depending on the video resolution and compression algorithm. A DVR or NVR with an attached RAID (Redundant Array of Independent Disks) increases storage capacity by combining multiple hard drives in a single chassis resulting in a mass storage system.** | Pelco "*The IP Video Security Guide*" |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Most encoders support up to three alarm inputs. Multichannel encoders support up to 48 alarm inputs. All of these inputs can be configured separately through the Devices tab. An alarm array is a grouping of alarms that are associated with the same device in your Endura network.<br><br>Event Groups allow you to associate multiple alarm and motion events, and then run a script (or scripts) when that group of events occurs. For example, if the alarm on a door is triggered and motion is detected in the area near the door, you may want to run a script that repositions all of the cameras to that area or sends an e-mail notification about an alarm. You can include event groups in a recording schedule. | Endura encoder supports alarm inputs for motion detection.<br><br>Software supports event groups which facilitates multiple alarm and motion events upon the motion detection.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 62<br><br>Pelco "*Endura Advanced System Management Software*"; Page 39 |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an external stimulus. [11.0] | **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>**(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | [Screenshot of Setup window showing Devices tab with camera list and Modify device panel]<br><br>**The External Monitors workspace provides access to a virtual monitor wall, with monitor icons arranged to correspond to physical NTSC/PAL or VGA monitors. When monitoring live video, you can drag cameras into this window to display video and control PTZ on your monitor wall.** With Endura you can create a new external monitor wall configuration, import an existing external monitor wall configuration from the system manager, or export a new or modified monitor wall configuration for use by others. With the Export command, you can also delete an external monitor wall configuration.<br><br>**The monitor setup/configuration process includes this step: "6. Select the default screen layout from the drop-down list."**<br><br>**Evidently, setting the monitor display configuration (2x2, 3x3, etc.) requires the presence of operator input as an *externally derived command*.** | The external monitors supports monitor wall in which live video from cameras are received and displayed.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 23<br><br>Instruction taken from Pelco "*Advanced System Management Software*" manual, Page 36. |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | | The recording cameras increase the frame rate (temporal parameters) of video when motion has been detected.<br><br>On motion detection, a recording starts at higher frame rate and resolution and is stored in DVR. |
| | | **To save recording space, the DVR is running a high-end motion-detection algorithm, recording cameras at a low frame rate, but increasing the frame-rate to capture more video when those cameras see specific motion.** This approach has served the customer well for years, recording both analog and sub-megapixel IP cameras. | Pelco "*The Pelco Consultant – Summer 09*"; Page 57 |
| | | **DVR and NVR system hard drives can reliably store days of video as opposed to hours (For VCRs) depending on the video resolution and compression algorithm. A DVR or NVR with an attached RAID (Redundant Array of Independent Disks) increases storage capacity by combining multiple hard drives in a single chassis resulting in a mass storage system.** | Pelco "*The IP Video Security Guide*" |

# HAWK '462 Claim Chart — Pelco Endura

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **Most encoders support up to three alarm inputs. Multichannel encoders support up to 48 alarm inputs. All of these inputs can be configured separately through the Devices tab. An alarm array is a grouping of alarms that are associated with the same device in your Endura network.**<br><br>**Event Groups allow you to associate multiple alarm and motion events, and then run a script (or scripts) when that group of events occurs. For example, if the alarm on a door is triggered and motion is detected in the area near the door, you may want to run a script that repositions all of the cameras to that area or sends an e-mail notification about an alarm.** You can include event groups in a recording schedule. | Endura encoder supports alarm inputs for motion detection.<br><br>Software supports event groups which facilitates multiple alarm and motion events upon the motion detection.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 62<br><br>Pelco "*Endura Advanced System Management Software*"; Page 39 |