# HAWK '342 Claim Chart — Users of Pelco Endura

| Independent Claim No. 40 | HAWK USP RE37,342 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| Video recording apparatus, comprising: | **(Abstract, ll. 1–4):** "An audio/video production system is implemented on a PC-based platform, preferably utilizing various forms of removable magnetic, optical, or magneto-optical storage media."<br><br>**(7:38-40):** "The invention may be used for other applications limited to record/playback, without implementing the full range of editing features." | **The Endura® system is a total system solution for network-based video surveillance. Endura products control the origination, transport, recording, and display of integrated, security-related audio and video.**<br><br>**The advanced system management software provides access to all of Endura's operation and configuration features in one unified, user-friendly interface.** The interface uses drag-and-drop operations, shortcut menus, and tooltips to enable the most direct, intuitive interactions.<br><br>Scalable to accept thousands of HD and megapixel cameras, the Endura system is an intelligent, yet easy-to-use approach to video security that provides greater control, enhanced operational flexibility, centralized management, cost-effective recording, and integration capabilities. Endura now provides access to mission-critical video – wherever you may be. With support for Pelco Aggregation, low-bandwidth transcoding capability, and web-server functionality, cameras and recorded footage from multiple Endura systems can be accessed from any web browser or mobile device, regardless of the topology and bandwidth. | Endura video management software system provides storage and display of videos from thousands of cameras.<br><br>Pelco "*Endura Advanced System Management Software*"; Page 8<br><br><br><br>Pelco "*VMS Brochure*", Page 5 |

**EXHIBIT "C"**

*CONFIDENTIAL*

# HAWK '342 Claim Chart — Users of Pelco Endura

| Independent Claim No. 40 | HAWK USP RE37,342 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| an input for receiving video program source material, such material being characterized in having a plurality of sequential frames representative of motion imagery; | **(4:55–57)** "Graphics processor 82 represents dedicated hardware which performs the various manipulations required to process input video signals 84" <br><br> **Note:** *It is well known in the art that Video signals, in any image size and at any frame rate, may be characterized in "having a plurality of sequential frames representative of motion imagery"* | [screenshot of Setup window with Devices tab showing camera list and Modify device panel] <br><br> **The External Monitors workspace provides access to a virtual monitor wall, with monitor icons arranged to correspond to physical NTSC/PAL or VGA monitors. When monitoring live video, you can drag cameras into this window to display video and control PTZ on your monitor wall.** With Endura you can create a new external monitor wall configuration, import an existing external monitor wall configuration from the system manager, or export a new or modified monitor wall configuration for use by others. With the Export command, you can also delete an external monitor wall configuration. | IP camera signals, as widely known in the industry, are now normally already compressed at the camera. <br><br> The Endura recorders support MPEG-4 or any compression format for compressing the images. <br><br> The external monitors supports monitor wall in which live video from cameras are received and displayed. <br><br> Pelco "*Endura Advanced System Management Software*"; Page 23 <br><br> Pelco "*Endura Advanced System Management Software*"; Page 59 |

# HAWK '342 Claim Chart — Users of Pelco Endura

| Independent Claim No. 40 | HAWK USP RE37,342 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a video recorder in communication with the input for simultaneously recording information representative of the video program source material, including correlated edit-time-code information, onto first and second storage media, | **(7:38-40):** "The invention may be used for other applications limited to record/playback, without implementing the full range of editing features."<br><br>**(5:20-33):** "FIG. 3 shows an off-line digital video editing system, implemented with a PC-based edit controller having provisions for accepting materials in the form of removable storage media. The controller 102 is preferably of conventional design, but operates at least at the level of current Intel Pentium or high-level "486" processors. The unit is equipped with a color display, and preferably includes a PCI internal bus structure, and provisions for interfacing with a removable PCMCIA storage card 104. In one embodiment this card 104 is implemented with magnetic or magneto-optical disks, or with an optical disc unit. Alternatively, a stand-alone external data storage unit (not shown) could be interfaced through the PCMCIA facilities, or by way of an SCSI-type interface."<br><br>**(2:25-32):** "The present invention achieves these and other objectives by providing a PC-based audio/video production system which addresses the problem of providing inexpensive alternatives to the large, expensive edit suites currently in common use. Digital program source material, produced by specially modified cameras or other sources, provide data-compressed audio and video program materials in two formats having matched edit-time-code identification." | **Sarix technology defines the next generation of video security imaging performance, delivering high definition (HD) resolution, low light capabilities, consistent color science, and fast processing power. EP Series are among the few cameras on the market today to support high profile H.264 compression – using 40% less bandwidth than MPEG-4 compression, which translates into storage savings and less burden on networks.**<br><br>**Storage systems comprise of more than just the hard drives. NAS (Network Attached Storage) uses the flexibility of the network to make high capacity storage available directly from the network. An alternative technology of SAN (Storage Area Networks) attaches high capacity storage to its own dedicated high speed network, access to which is gained through a server.** The impact of the additional parts of the storage system must be considered when assessing their suitability for video security storage | It is well understood in the industry that both NAS and WAN storage systems are always digital and randomly searchable.<br><br>Endura software facilitates high capacity storage for network storage of video such as NAS and SAN.<br><br>Pelco "*The Pelco Consultant – Summer 09*"; Page 57<br><br>Pelco "*The IP Video Security Guide*" |

***CONFIDENTIAL***

# HAWK '342 Claim Chart — Users of Pelco Endura

| Independent Claim No. 40 | HAWK USP RE37,342 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| wherein the first storage medium is used to store the sequential frames in a randomly addressable manner, and the second storage medium is used to store the sequential frames in a serially addressable manner, such that each frame stored on one medium is associated with a time code correlated to a corresponding frame stored on the other medium. | *(4:19-34):* "FIG. 2 is a functional diagram of a storage-device-based digital recorder according to the invention, either employed in a video camera, or implemented separately in editing and production facilities. As shown, a removable hard disk drive 70 and a digital tape drive 88 are interfaced through an interface bus controller 72. Such a system achieves data transfer rates of 10 MB/sec, and higher rates on these or other data storage devices, such as high-capacity removable memory modules, is anticipated. In practice, alternative methods of storage such as optical or magneto-optical drives could be utilized, preferably based on various interface bus standards such as SCSI-2 or PCMCIA. In all cases, however, in order to ensure compatibility with downstream editing facilities, both of the removable media for drives 70 and 88 should be recorded with identical or at least correlated edit-time-code information …"<br><br>**<u>Note:</u>**<br>*It is well known in the art that certain types of storage devices, including hard disk storage devices, are capable of being both randomly addressable and serially addressable.* | Depending on the generation of equipment available, **Endura recorders will either only support MPEG-4 streams or any compression format.** For information on preparing an NSM5200 Series network storage manager for use in an Endura system, refer to the NSM5200 Installation manual and the NSM5200 Web Configuration manual.<br><br>**"Before you can configure redundant recording schedules, the Endura system must include at least two NSM5200 network storage managers and one of them must have redundant recording enabled in the NSM5200 Web Configuration application. After redundant recording has been enabled for an NSM5200, the Recording Schedules tab in the WS5200 software displays recording schedule settings for both the redundant recording schedule and the primary recording schedule."** | Software supports video storage of video clips on flash memory devices and drives which are searchable.<br><br>It also facilitates high capacity storage for network storage of digitally compressed videos on NAS or SAN<br><br>Pelco "*The IP Video Security Guide*"<br><br>From Pelco Endura "*Advanced System Management Software Configuration Guide*", Page 71 |

# HAWK '342 Claim Chart — Users of Pelco Endura

| Dependent Claim No. 46 | HAWK USP RE37,342 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The apparatus of claim 40, further including means for receiving camera-control information. | *(6:28-40):* "In addition, it is common practice in broadcast-television news studios to use remotely-controlled cameras to telecast the live programs. These cameras are mounted on motorized bases which are capable of moving the cameras to any desired position on the stage, within the physical limits imposed by the stage itself (such as the length of the camera cables or the clearance available for cameras to move relative to each other on the stage). The zoom-lenses, pan-tilt mounts, and camera electronic control settings are manipulated through the camera remote-control facilities, which may include either separate electronic control panels or alternatively computer interfaces with appropriate control software …" | "3. To enable PTZ Controls:<br>a) Set the camera type to Pan and Tilt or Dome. The default option is Fixed.<br>b) Select the PTZ control mode type. Options include the following:<br>• Disabled<br>• Coaxitron®<br>• Extended Coaxitron®<br>• Pelco D<br>• Pelco P" | From Pelco Endura "*Advanced System Management Software Configuration Guide*", Page 24. |